# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAROLD D. SCHULER,      )
                         )

         Plaintiff,        )
                         )

         v.                    )    Civil Case No. 05-2355 (RJL)
                         )

PRICEWATERHOUSECOOPERS, LLP,    )
                         )

         Defendant.      )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 22nd day of September, 2010, hereby

**ORDERED** that defendant's Motion for Summary Judgment [#41] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Motion for a Permanent Injunction or, in the Alternative, for a Preliminary Injunction [#44, #45] is **DENIED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1